## **STATEMENT OF FACTS**

     On Wednesday, January 11, 2006, at about 11:30 p.m., sworn officers with the Metropolitan Police Department's First District conducted a traffic stop in the 3300 block of Benning Road, N.e., Washington, D.C. Once officers approached the car, they smelled an odor of alcohol coming from inside. Officers asked the defendant, Mahndel Green, if he had been drinking and he stated no. During the course of the stop, officers saw a clear plastic cup containing a brownish liquid and a Remy Martin bottle in the car. The defendant was removed from the car, and placed under arrest. After arrest, officers recovered a loaded Smith & Wesson 9mm semi-automatic pistol from the defendant's waistband area. To the best of the undersigned officer's knowledge, defendant Mahndel Green has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Orangeburg, South Carolina. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendants had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Smith & Wesson 9mm semi-automatic handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER ANTHONY PRADIER
FIRST DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF JANUARY, 2006.

_____
U.S. MAGISTRATE JUDGE