## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  06-016 (RCL)** |
| | : | |
| **v** | : | |
| | : | |
| **MAHNDEL A. GREEN** | : | |

## <u>ORDER</u>

   Upon consideration of the Government's Motion to Impeach Defendant with his Prior

Convictions, and the record herein, it is this _____ day of _____, 2006, hereby

   ORDERED, that the Government's Motion be Granted.



        _____
        UNITED STATES DISTRICT JUDGE


copies to:

Denise M. Clark
Assistant U.S. Attorney
Federal Major Crime Section, Rm 4840
555 4th Street, N.W.
Washington, D.C. 20530

Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737